1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  ANTHONY ALLARA,                           No. C 08-3027 WHA (PR)
11               Petitioner,                  **ORDER OF TRANSFER**
12    vs.
13  OLD FOLSOM[] STATE PRISON
    and SACRAMENTO COUNTY JAIL,
14
15               Respondents.
                                        /
16

17       This case was opened when petitioner filed a form petition for a writ of habeas corpus.

18  The grounds for habeas relief which petitioner has provided involve allegations of physical

19  abuse, so it is possible that he actually intended to file a civil rights case, but it makes no

20  difference to venue which of these he intended.

21       Petitioner was convicted in Sacramento County, which is in the Eastern District of

22  California, and the alleged physical abuse occurred at Old Folsom State Prison and at the

23  Sacramento County Jail, both of which also are in the Eastern District.  If petitioner intended

24  this to be a habeas challenge to his conviction, the preferable venue would be the Eastern

25  District, *see* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968)

26  (petitions challenging a conviction are preferably heard in the district of conviction), and if he

27  intended it to be a civil rights case, the correct venue be the same – the Eastern District, *see* 28

28  U.S.C. § 1391(b).  Only if the case involved a challenge to the execution of petitioner's

**United States District Court**
For the Northern District of California

1 sentence, которое it patently does not, would this district be the preferable venue. *See* Habeas
2 L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

3     For these reasons, this case is **TRANSFERRED** to the United States District Court for the
4 Eastern District of California. *See* 28 U.S.C. § 1404(a). Because of the transfer, the court has
5 not ruled on the motion to proceed in forma pauperis.

6 **IT IS SO ORDERED.**

7 Dated: August __22__, 2008.

                                        WILLIAM ALSUP
8                                         UNITED STATES DISTRICT JUDGE

28 G:\PRO-SE\WHA\HC.08\ALLARA3027.trn2.wpd

2