IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ALLARA,

    Petitioner,               No. CIV S-08-2051 LKK DAD P

    vs.

OLD FOLSOM STATE PRISON et al.,

    Respondent.             <u>ORDER</u>

_____/

        On October 14, 2008, the court issued findings and recommendations, recommending that petitioner's application for a writ of habeas corpus be dismissed without prejudice to filing a civil rights action. Petitioner has filed a response in which he states "I object being asked to file any written objections to the court while my legal mail containing names dates etc (sic) is yet being witheld from me in this prison where I was suprise transferd (sic) to in 2007[.]" The court has construed petitioner's response as a request for an extension of time to file objections to the court's findings and recommendations.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's October 29, 2008 request for an extension of time is granted; and

/////

/////

1

2. Petitioner is granted thirty days from the date of this order in which to file objections to the court's October 14, 2008 findings and recommendations.

DATED: November 12, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
alla2051.111obj