IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ALLARA,

    Petitioner,        No. CIV S-08-2051 LKK DAD P

    vs.

OLD FOLSOM STATE PRISON, et al.,

    Respondents.        ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 14, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On November 13, 2008, petitioner was granted an additional thirty days to file objections. The time period has now expired and petitioner has not filed objections to the findings and recommendations.

/////

/////

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4  1. The findings and recommendations filed October 14, 2008, are adopted in full;
5  and
6  2. Petitioner's application for a writ of habeas corpus is dismissed without
7  prejudice to filing a civil rights action.
8  DATED: January 27, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT